UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

The Hillshire Brands Company
                                  Plaintiff,

v.                                           Case No.: 1:15−cv−06859
                                                    Honorable John J. Tharp Jr.

Travelers Casualty and Surety Company
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 18, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr: For the reasons set forth in the Memorandum Opinion and Order, Defendant Travelers' motion to dismiss [68] is granted in part. The Court grants the motion in that Hillshire's claim for coverage in the underling Lopez action is barred to the extent it seeks to recover any defense costs or coverage losses after the filing of the second amended complaint in that litigation. In all other respects, Travelers' motion to dismiss is denied. In light of the parties' concerns about confidentiality in this litigation, the Court is filing its opinion under seal. The opinion will be unsealed in 7 days, however, absent receipt of a motion to seal that provides adequate justification under Seventh Circuit precedent to deny the public access to any portion of the Court's reasoning. See, e.g., Goesel v. Boley Int'l Ltd., 738 F.3d 831 (7th Cir. 2013); Baxter Int'l Inc. v. Abbott Labs., 297 F.3d 544 (7th Cir. 2002). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.